

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00204-CV

| | | |
|---|---|---|
| BNSF Railway Company | § | From the 96th District Court |
| | § | of Tarrant County (96-249024-10) |
| v. | | |
| | § | August 8, 2013 |
| Stacy Wipff | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment.  It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial.

It is further ordered that appellee Stacy Wipff shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Gabriel